UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLEN PERALTA,

    Plaintiff,

v.                                                        Case No: 6:13-cv-1026-Orl-31TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION[1]

Pending before the Court is Defendant's Unopposed Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) with Remand. (Doc. 16). The Commissioner of Social Security requests that this case be remanded pursuant to sentence four of 42 U.S.C. § 405(g) so that the Commissioner can take further administrative action in the case. Pursuant to M.D. FLA. R. 3.01(g), counsel for the Commissioner represents that Plaintiff's attorney has been contacted and has no objection to the requested relief.

Pursuant to Title 42, United States Code, Section 405(g) the Court is empowered to reverse the decision of the Commissioner with or without remanding the cause for a rehearing. Shalala v. Schaefer, 509 U.S. 292 (1993). Upon remand under sentence-four, the administrative law judge must review the complete case record, including any

---

[1] Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

new material evidence.   Diorio v. Heckler, 721 F.2d 726, 729 (11th Cir. 1983) (finding that it was necessary for the ALJ on remand to consider psychiatric report tendered to Appeals Council); Reeves v. Heckler, 734 F.2d 519, 522 n.1 (11th Cir. 1984) (holding that the ALJ should consider on remand the need for an orthopedic evaluation).

Upon due consideration, I agree with the parties that it is appropriate to remand this matter to the Commissioner and **respectfully recommend** that the district judge:

1. **Grant** Defendant's Unopposed Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) with Remand (Doc. 16);

2. **Reverse and remand** this action to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g);

3. **Advise** the parties that it is expected that on remand, the Administrative Law Judge will

> [U]pdate the medical records; (2) address Plaintiff's application for the entire period at issue; (3) if necessary, obtain medical expert testimony; (4) if necessary, obtain vocational expert testimony; (5) offer Plaintiff the opportunity for a new hearing; and (6) issue a new decision.

(Doc. 16 at 1);

4. **Direct** the Clerk to **enter judgment** accordingly, **terminate** any pending motions, and **close** the file; and

5. **Advise** Plaintiff that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) shall be thirty (30) days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded.   And, direct that upon receipt of the notice, counsel for Plaintiff shall promptly email Mr. Rudy and the

OGC attorney who prepared the Government's brief to advise that the notice has been received.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on April 23, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record