# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARLEN PERALTA,**

      **Plaintiff,**

**v.**                                                 **Case No:   6:13-cv-1026-Orl-31TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four 42 U.S.C. 405(g) with Remand to Social Security (Doc. No. 16), filed April 21, 2014.  On April 23, 2014, the United States Magistrate Judge issued a report (Doc. No. 17) recommending that the motion be granted, the decision of the Commissioner be reversed, and the case be remanded for further proceedings.  No objections have been filed.  Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion to Remand (Doc. No. 16) is **GRANTED,** the decision of the Commissioner is **REVERSED,** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

4. The Clerk of Court is directed to enter judgment in accordance with this order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 13, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party