# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARLEN PERALTA,**

      **Plaintiff,**

**v.**                                                           **Case No:   6:13-cv-1026-Orl-31TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Uncontested Petition for Attorney's Fees and Costs (Doc. No. 20), filed May 14, 2014.

On May 22, 2014, the United States Magistrate Judge issued a report (Doc. No. 21) recommending that the petition be granted.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Petition for Attorney's Fees is **GRANTED** and Plaintiff is hereby awarded $4,095.30 in attorney fees and $350.00 in costs; payable to Plaintiff's counsel once the Commissioner of Social Security determines that Plaintiff does not owe a debt to the federal government.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 27, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party